UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID PAUL MCCONNELL,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 5:18-cv-02567-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 29 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 20), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $3,500.00 under 28 U.S.C. § 2412(d) and costs in the amount of $400 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: September 23, 2019

_____
JOHN D. EARLY
United States Magistrate Judge